UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Carl Green, Carl Green Assignee of Rainbow House, LLC, Carl Green Assignee of Estate of Larry Gray and Kathleen Gray, | File No. 19-cv-01666 (ECT/SER) |
| Plaintiffs, | **ORDER** |
| v. | |
| Attorney Thomas Carlson, The Honorable John Hoffman, Chief Judge Douglas Meslow, and Attorney Nigel Mendez, | |
| Defendants. | |

---

Plaintiff's motion for a temporary restraining order [ECF Nos. 25 and 32] is **DENIED**. Plaintiff's filings describe no basis upon which a temporary restraining order may be granted. Plaintiff describes no discernible facts justifying the motion, cites inapplicable law, and thus, even liberally construing his filings, does not approach satisfying the exacting standards that must be met to justify issuance of the extraordinary remedy of a restraining order.

Dated: August 13, 2019         s/ Eric C. Tostrud
                               Eric C. Tostrud
                               United States District Court