UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carl Green, Carl Green Assignee of Rainbow House, LLC, Carl Green Assignee of Estate of Larry Gray and Kathleen Gray,

    Plaintiffs,

v.

Attorney Thomas Carlson, The Honorable John Hoffman, Chief Judge Douglas Meslow, and Attorney Nigel Mendez,

    Defendants.

File No. 19-cv-01666 (ECT/SER)

**ORDER**

---

Plaintiff's second motion for a temporary restraining order [ECF No. 34] is **DENIED** because, as with Plaintiff's first motion, his second motion does not describe facts or legal authorities sufficient to justify issuing the extraordinary remedy of a temporary restraining order.

Dated: August 15, 2019

                                                          s/ Eric C. Tostrud
                                                          Eric C. Tostrud
                                                          United States District Court